Appeal No. 02-15-00145-CR      PD-0895-15
Trial Court No. 1031532 D

JOHNATHAN COOPER                §           APPELLANT
VS                                           §
THE STATE OF TEXAS              §              STATE

FIRST   MOTION FOR EXTENSION OF TIME - PDR

To the Honorable Court of Criminal Appeals:

Now comes pro-se Appellant Johnathan Cooper and files motion for extension of time for 60 days to prepare and file a PDR. ~~in support~~ of said request would show the court as follows:

FILED IN
COURT OF CRIMINAL APPEALS

JUL 21 2015

Abel Acosta, Clerk

I.

This is appellants first motion for extension of time. The Court of Appeals for second district of Fort Worth, Texas issued its Memorandum opinion on June 18, 2015 and no re-hearing was requested. Appellant is pro-se and needs extra time to research and file the breif for PDR.

WHERE FORE pro-se appellant prays that this court will grant a 60 day extension of time to file a PDR.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 15 2015

Abel Acosta, Clerk

Respectfully Submitted,

Johnathan Cooper #1862306
Robertson Unit
12071 FM 3522
Abilene, TX 79601

Date: July 11th, 2015